No. 19. PHOENIX FINANCE CORP. *v.* IOWA-WISCONSIN BRIDGE Co. April 6, 1942. The motion of petitioner to

recall the mandate and retax costs is granted and it is ordered that the mandate be recalled and amended so as to give petitioner recovery for additional costs in the sum of $94.00.